IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL MINTON
    Plaintiff,

vs                                                           CASE NO: 3:19cv1620

ESCAMBIA COUNTY, et al.
    Defendant.
_____\

**<u>ORDER</u>**

      Before the Court are Plaintiff's Objections (doc 9) to the Magistrate Judge's Report and Recommendation (doc 4 of 6 June 2019) issued in this case. The objections were not before the Court at the time it issued the Order adopting the Report and Recommendation and directing the entry of Judgment in this case (doc. 5). Plaintiff has now complained (doc 7) that he had not been notified of the Magistrate's Report and Recommendation nor the Court's Order, and although more than a year late, Plaintiff was given the opportunity to file objections (doc 8). In accordance with that Order, his Objections (doc 9) have now been considered by the Court.

      The Court has made a *de novo* determination of the Objections, and again concludes the Report and Recommendation should be adopted. Therefore, the

*Page 2 of 2*

Court's previous Order adopting the Report and Recommendation and directing the entry of Judgment in this case shall remain in full force and effect.

**ORDERED** this 14th day of September, 2020.

                                             *s/L.A. Collier*
                                               LACEY A. COLLIER
                                     Senior United States District Judge